MARTHA ALBERT, Respondent, *v.* THE PRESIDENT, MANAGERS AND COMPANY OF THE DELAWARE AND HUDSON CANAL COMPANY, Appellant.

(Argued October 14, 1887; decided November 29, 1887.)

*Hamilton Harris* for appellant.

*Clarence L. Barber* for respondent.

Agree to affirm; no opinion.
All concur except PECKHAM, J., not sitting.
Judgment affirmed.

---

JOHN GIESE, Respondent, *v.* BENJAMIN J. HALL, Appellant.

(Argued October 14, 1887; decided November 29, 1887.)

*William W. Goodrich* for appellant.

*Stephen B. Jacobs* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

THE DISCOUNT AND DEPOSIT BANK OF CLARION, Respondent, *v.* SAMUEL F. OOSTERHOUDT et al., Executors, etc., Appellants.

(Argued October 14, 1887; decided November 29, 1887.)

*J. H. Waring* for appellants.

*C. S. Cary* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.